IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT NEGRIS,<br><br>　　Plaintiff,<br><br>v.<br><br>CADENCE HEALTH,<br><br>　　Defendant. | Case No. 14-cv-07328<br><br>Honorable Judge Gary Feinerman |

## AGREED STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties to the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), through their respective attorneys, that said action be dismissed with prejudice and without fees or costs to either party.

Dated: November 13, 2015

/s/ Ethan E. White     
Ethan E. White
Michael I. Leonard
LEONARDMEYER LLP
203 N. LaSalle, Suite 1620
Chicago, IL 60601
(312) 380-6634 (direct)

/s/ Norma W. Zeitler     
Norma W. Zeitler
Jennifer M. Cerven
Barnes & Thornburg, LLP
One N. Wacker Dr., Suite 4400
Chicago, Illinois 60606
(312) 357-1313 (direct)